UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| 2502 WEST CATALPA, LLC | § | Case No. 08-27620 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/10/2012 in Courtroom 742,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/08/2011                         By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
2502 WEST CATALPA, LLC § Case No. 08-27620
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,456.86 |
| and approved disbursements of | $ | 1,214.95 |
| leaving a balance on hand of[1] | $ | 16,241.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,495.69 | $ 0.00 | $ 2,495.69 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 6,724.50 | $ 0.00 | $ 6,724.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 0.61 | $ 0.00 | $ 0.61 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,206.50 | $ 0.00 | $ 1,206.50 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 18.30 | $ 0.00 | $ 18.30 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 19.85 | $ 19.85 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,445.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Remaining Balance $ 5,796.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,038.60 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Benz Kitchens | $ 6,038.60 | $ 0.00 | $ 5,796.31 |

Total to be paid to timely general unsecured creditors $ 5,796.31

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
2502 West Catalpa, LLC  
    Debtor

Case No. 08-27620-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 1     Date Rcvd: Nov 09, 2011  
                       Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2011.

```
db          +2502 West Catalpa, LLC,    4518 1/2 N. Damen,    Chicago, IL 60625-1602
12715923    +Benny's HVAC,    5010 W. Fargo,    Skokie, IL 60077-3352
12715924    +Benz Kitchens,    5649 N. Lincoln,    Chicago, IL 60659-4957
12715925    +Builders Cabinet Supply - OHC,    401 N. Western Ave., 3rd Floor,    Chicago, IL 60612-1418
12765429    +Christina Mroz, Sue Mroz,    Ashley Granger, Leila Granger,    2508 W Catalpa,
              Chicago, IL 60625-2287
12715926     Cole Taylor,    P.O. Box 88481,    Chicago, IL 60680-1481
12715927    +Cole Taylor Bank,    5501 West 79th St., 4th Fl.,    Burbank, IL 60459-1395
12715928    +Cook County Treasurer,    118 N. Clark St., Ste. 112,    Chicago, IL 60602-1590
12765430    +Dennis Cruz,    2502 W Catalpa,    Apt 3,    Chicago, IL 60625-3977
12715929     Francis Keldermans,    Holland & Knight,    131 South Dearborn St., 30th Fl.,
              Chicago, IL 60603-5517
12765431    +Justin McQueary,    Jill Moy,    2508 W Catalpa Apt 2,    Chicago, IL 60625-2287
12715930    +KAV Development Inc.,    4518 1/2 N. Damen,    Chicago, IL 60625-1602
12715931    +Kristalex Group Inc.,    4518 1/2 N. Damen,    Chicago, IL 60625-1602
12715932     Peoples Gas,    People Energy,    Chicago, IL 60687-0001
12765432    +Rosalie Valdez,    2510 W Catalpa,    Apt 1,    Chicago, IL 60625-2211
12896130    +Sandrick Law Firm LLC,    PO Box 178387,    Chicago, IL 60617-8387
12896129    +Sandrick Law Firm LLC,    1581 Huntington Drive,    Calumet City, IL 60409-5440
12765433    +Stephanie Armstrong,    Katherine Dobson &,    David Armstrong,    2502 W Catalpa Apt 2,
              Chicago, IL 60625-3977
12715933    +Stipe Zadro,    5024 W. Chase,    Skokie, IL 60077-3455
12715934    +Sunny Beach Corp.,    5800 N. Western,    Chicago, IL 60659-5003
12765434    +Todd Chmelka,    2510 W Catalpa Apt 3,    Chicago, IL 60625-2211
12765435    +Zachary Houston,    Christopher Wulle,    2504 W Catalpa Apt 3,    Chicago, IL 60625-2286
12715935    +Zlatko Pehar,    6410 N. Longmeadow,    Lincolnwood, IL 60712-4204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty        Frank/Gecker LLP  
                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2011**                  **Signature:** _Joseph Speetjens_