UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
2502 WEST CATALPA, LLC                    §    Case No. 08-27620
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COOK COUNTY TREASURER |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Benny's HVAC | | | | | |
| | Builders Cabinet Supply - OHC | | | | | |
| | KAV Development Inc. | | | | | |
| | Kristalex Group Inc. | | | | | |
| | Peoples Gas | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sandrick Law Firm LLC 1581 Huntington Drive Calumet City, IL  60409 |  |  |  |  |  |
|  | Sunny Beach Corp. |  |  |  |  |  |
| 000002 | BENZ KITCHENS |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-27620 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | 2502 WEST CATALPA, LLC | | | Date Filed (f) or Converted (c): | 10/15/08 (f) |
| | | | | 341(a) Meeting Date: | 11/26/08 |
| For Period Ending: | 02/16/12 | | | Claims Bar Date: | 02/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.89 | Unknown |
| 2. Real Estate 2502 W. Catalpa, Chicago, IL 60625 | 1,500,000.00 | 0.00 | DA | 0.00 | FA |
| 3. SECURITY DEPOSITS | Unknown | 0.00 | DA | 0.00 | FA |
| 4. Rent - Tenants of Building (u) | Unknown | 17,445.00 | | 17,445.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,500,000.00 | $17,445.00 | | $17,456.89 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/01/10    Current Projected Date of Final Report (TFR): 10/17/11

/s/   Frances Gecker
_____   Date: _____
FRANCES GECKER

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-27620 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | 2502 WEST CATALPA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5272 MONEY MARKET |
| Taxpayer ID No: | *******1834 | | | |
| For Period Ending: | 02/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/08 | 4 | Jillian Moy<br>1725 N. Hermitage #BF<br>Chicago, IL 60622 | November Rent | 1222-000 | 1,155.00 | | 1,155.00 |
| 11/12/08 | 4 | Dennis Cruz | November 2008 Rent | 1222-000 | 1,305.00 | | 2,460.00 |
| 11/12/08 | 4 | Ashley E. Granger<br>242 Prospect Ave.<br>Waterloo, Iowa<br>319-404-2080 | November 2008 Rent | 1222-000 | 610.00 | | 3,070.00 |
| 11/12/08 | 4 | Christina M. Mroz<br>2508 W. Catalpa Ave., Apt. 3<br>Chicago, IL 60625-2287 | November 2008 Rent | 1222-000 | 610.00 | | 3,680.00 |
| 11/12/08 | 4 | Rosalie A. Valdez<br>13535 Lincolnshire Dr.<br>Orland Park, IL 60462 | November 2008 Rent | 1222-000 | 1,500.00 | | 5,180.00 |
| 11/12/08 | 4 | Stephanie S. Armstrong<br>1410 Sherman Wood Dr.<br>Jackson, MI 49201 | Rent Payment | 1222-000 | 1,300.00 | | 6,480.00 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.24 | | 6,480.24 |
| 12/01/08 | 4 | Christopher L Wulle<br>275 Wahoo Way Apt. 1122 | Rent | 1222-000 | 600.00 | | 7,080.24 |

Page Subtotals 7,080.24 0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-27620 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | 2502 WEST CATALPA, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5272  MONEY MARKET |
| Taxpayer ID No: | *******1834 | | |
| For Period Ending: | 02/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlottesville, VA  22903 | | | | | |
| 12/12/08 | 4 | ASHLEY E. GRANGER<br>242 Prospect Ave.<br>Waterloo, Iowa  50703-4244 | December rent | 1222-000 | 610.00 | | 7,690.24 |
| 12/12/08 | 4 | CHRISTINA M. MROZ<br>2508 W. Catalpa Ave.<br>Apt. 3<br>Chicago, IL  60625-2287 | Rent Payment | 1222-000 | 610.00 | | 8,300.24 |
| 12/12/08 | 4 | ROSALIE A. VALDEZ<br>13535 Lincolnshire Dr.<br>Orland Park, IL  60462 | Rent Payment | 1222-000 | 1,500.00 | | 9,800.24 |
| 12/12/08 | 4 | DENNIS CRUZ | Rent Payment | 1222-000 | 1,305.00 | | 11,105.24 |
| * 12/12/08 | 4 | Z CHASE HOUSTON<br>7741 Ceader Creek Dr.<br>West Chester, OH  45069 | Rent Payment | 1222-003 | 600.00 | | 11,705.24 |
| 12/12/08 | 4 | JILLIAN MOY<br>2508 W. Catalpa, Apt. 2E<br>Chicago, IL  60625 | Rent Payment | 1222-000 | 1,155.00 | | 12,860.24 |
| * 12/29/08 | 4 | Z CHASE HOUSTON<br>7741 Ceader Creek Dr.<br>West Chester, OH  45069 | VOID<br>Returned as non sufficient funds. | 1222-003 | -600.00 | | 12,260.24 |

Page Subtotals    5,180.00    0.00

Ver: 16.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-27620 -CAD |
| Case Name: | 2502 WEST CATALPA, LLC |
| Taxpayer ID No: | *******1834 |
| For Period Ending: | 02/16/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5272  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/08 | 4 | STEPHANIE ARMSTRONG<br>2502 W. Catalpa Ave.<br>Apt 2E<br>Chicago, IL 60659 | Rent Payment | 1222-000 | 1,225.00 | | 13,485.24 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 13,485.62 |
| 01/07/09 | 4 | DENNIS CRUZ | January 2009 rent | 1222-000 | 1,305.00 | | 14,790.62 |
| 01/26/09 | 4 | ROSALIE A. VALDEZ<br>13535 Lincolnshire Dr.<br>Orland Park, IL 60462 | Rent Payment | 1222-000 | 1,500.00 | | 16,290.62 |
| 01/26/09 | 4 | JILLIAN MOY<br>2508 W. Catalpa, Apt. 2E<br>Chicago, IL 60625 | Rent Payment | 1222-000 | 1,155.00 | | 17,445.62 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 17,445.74 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 17,445.87 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,446.02 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 17,446.40 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.44 | | 17,446.84 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.44 | | 17,447.28 |

Page Subtotals            5,187.04            0.00

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-27620 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | 2502 WEST CATALPA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5272  MONEY MARKET |
| Taxpayer ID No: | *******1834 | | | |
| For Period Ending: | 02/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,447.72 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,448.16 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,448.59 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,449.03 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,449.46 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,449.90 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,450.34 |
| 02/08/10 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 15.10 | 17,435.24 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 17,435.64 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,436.09 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,436.52 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,436.96 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,437.39 |

Page Subtotals    5.21    15.10

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2                                                                                                                    Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                             Exhibit 9

| Case No: | 08-27620 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | 2502 WEST CATALPA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5272  MONEY MARKET |
| Taxpayer ID No: | *******1834 | | | |
| For Period Ending: | 02/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,437.83 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,438.28 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,438.71 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,439.15 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,439.59 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,440.03 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,440.47 |
| 02/08/11 | 001001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 19.85 | 17,420.62 |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 17,420.75 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,420.90 |
| 04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,421.04 |
| 05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,421.19 |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,421.33 |

Page Subtotals             3.79            19.85

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-27620 -CAD | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | 2502 WEST CATALPA, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5272  MONEY MARKET |
| Taxpayer ID No: | *******1834 | | |
| For Period Ending: | 02/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,421.47 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 17,421.63 |
| 09/12/11 | 001002 | INTERNAL REVENUE SERVICE<br>Cincinnati, OH  45999-0013 | 2008 Taxes due | 2810-000 | | 750.00 | 16,671.63 |
| 09/12/11 | 001003 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL  62794-9030 | 2008 Income Tax due | 2820-000 | | 430.00 | 16,241.63 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,241.77 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,241.91 |
| 11/08/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 16,241.94 |
| 11/08/11 | | Transfer to Acct #*******5757 | Final Posting Transfer | 9999-000 | | 16,241.94 | 0.00 |

Page Subtotals     0.61     17,421.94

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-27620 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | 2502 WEST CATALPA, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5272  MONEY MARKET |
| Taxpayer ID No: | *******1834 | | |
| For Period Ending: | 02/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,456.89 | 17,456.89 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 16,241.94 | |
| | | | Subtotal | | 17,456.89 | 1,214.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,456.89 | 1,214.95 | |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-27620 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | 2502 WEST CATALPA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5757 GENERAL CHECKING |
| Taxpayer ID No: | *******1834 | | | |
| For Period Ending: | 02/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | | Transfer from Acct #*******5272 | Transfer In From MMA Account | 9999-000 | 16,241.94 | | 16,241.94 |
| 12/06/11 | 001000 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL 62794-9030 | FEIN: 26-0901834<br>Dec. 31, 2008 Period<br>ACCOUNT ID: 00214-03904<br>Interest on Penalty. | 2820-000 | | 40.76 | 16,201.18 |
| 12/29/11 | | Transfer to Acct #*******2186 | Bank Funds Transfer | 9999-000 | | 16,201.18 | 0.00 |

```
                                        COLUMN TOTALS                    16,241.94     16,241.94            0.00
                                    Less:  Bank Transfers/CD's           16,241.94     16,201.18
                                        Subtotal                              0.00         40.76
                                    Less:  Payments to Debtors                              0.00
                                        Net                                   0.00         40.76
```

Page Subtotals      16,241.94      16,241.94

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 9

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-27620 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | 2502 WEST CATALPA, LLC | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2186  GENERAL CHECKING |
| Taxpayer ID No: | *******1834 | | |
| For Period Ending: | 02/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5757 | Bank Funds Transfer | 9999-000 | 16,201.18 | | 16,201.18 |
| 01/11/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 2,495.69 | 13,705.49 |
| 01/11/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees        6,724.50<br>Expenses         0.61 | <br><br><br>3110-000<br>3120-000 | | 6,725.11 | 6,980.38 |
| 01/11/12 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Accountant for Trustee Fees (Other<br><br>Fees        1,206.50<br>Expenses        18.30 | <br><br><br>3410-000<br>3420-000 | | 1,224.80 | 5,755.58 |
| 01/11/12 | 001003 | Benz Kitchens<br>5649 N. Lincoln<br>Chicago, IL 60659 | Claim 000002, Payment 95.31% | 7100-000 | | 5,755.58 | 0.00 |

Page Subtotals        16,201.18        16,201.18

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-27620 -CAD |
| Case Name: | 2502 WEST CATALPA, LLC |
| Taxpayer ID No: | *******1834 |
| For Period Ending: | 02/16/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2186 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 16,201.18 | 16,201.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | 16,201.18 | 0.00 | |
| | | | Subtotal | 0.00 | 16,201.18 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 16,201.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5272 | 17,456.89 | 1,214.95 | 0.00 |
| GENERAL CHECKING - ********5757 | 0.00 | 40.76 | 0.00 |
| GENERAL CHECKING - ********2186 | 0.00 | 16,201.18 | 0.00 |
| | 17,456.89 | 17,456.89 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/ Frances Gecker_____ Date: 02/16/12
FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*